FILED

08 MAY 20 AM 10: 39

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  FRANK N. DARRAS #128904
2  LISSA A. MARTINEZ #206994
   SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3  3257 East Guasti Road, Suite 300
   Ontario, CA  91761                    E-filing
4  Telephone:   (909) 390-3770
5  Facsimile:   (909) 974-2121
   Email: fdarras@sbd-law.com; lmartinez@sbd-law.com
6
7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
11  ANTHONY HEYMANN,                 CV  Case No.:  2540 PJH

12              Plaintiff,           PLAINTIFF'S NOTICE OF INTERESTED
                                     PARTIES
13      vs.

14  HARTFORD LIFE AND ACCIDENT
15  INSURANCE COMPANY; SAFEWAY
    GROUP HEALTH PLAN 501,
16
              Defendants.
17
18

19  TO THE COURT:

20          The undersigned, counsel of record for plaintiff, certifies that the following listed

21  parties may have a direct, pecuniary interest in the outcome of this case.  These

22  representations are made to enable the Court to evaluate possible disqualification or

23  recusal.

24  1.      ANTHONY HEYMANN – Plaintiff;

25  2.      HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY - Defendant; and,

26  / / /

27  / / /

28  / / /

SHERNOFF BIDART
DARRAS ECHEVERRIA
LAWYERS FOR INSURANCE POLICYHOLDERS

- 1 -

ORIGINAL

1    3.    SAFEWAY GROUP HEALTH PLAN 501 – Defendant.

2

3    Dated: May 16, 2008          SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

4

5                                              FRANK N. DARRAS

6                                              Attorneys for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF INTERESTED PARTIES