DANIEL W. MAGUIRE (SBN 120002)
E-mail: dmaguire@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Defendants
Hartford Life and Accident Insurance
Company and Safeway Group Health Plan 501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY HEYMANN,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; SAFEWAY GROUP HEALTH PLAN 501,<br><br>Defendants. | CASE NO. CV 08-2540 PJH<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff, Anthony Heymann;

///

1      2.    Defendant, Hartford Life and Accident Insurance Company; and

3      3.    Defendant, Safeway Group Health Plan 501.

DATED: August 1, 2008    BURKE, WILLIAMS & SORENSEN, LLP
                                  DANIEL W. MAGUIRE

                                  By: */s/ Daniel W. Maguire*
                                    DANIEL W. MAGUIRE
                                    Attorneys for Defendants
                                    Hartford Life and Accident Insurance
                                    Company and Safeway Group Health Plan
                                    501