FRANK N. DARRAS (SBN 128904)
E-Mail: fdarras@sbdelaw.com
LISSA A. MARTINEZ (SBN 206994)
E-Mail: lmartinez@sbdelaw.com
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121

Attorneys for Plaintiff Anthony Heymann

DANIEL W. MAGUIRE (SBN 120002)
E-mail: dmaguire@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendants
Hartford Life and Accident Insurance
Company and Safeway Group Health Plan 501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY HEYMANN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; SAFEWAY GROUP HEALTH PLAN 501,<br><br>　　　　　Defendants. | CASE NO. C 08-2540 PJH<br><br>**JOINT RULE 26(f) REPORT**<br><br><br>Conference Date: August 28, 2008<br>Time: 2:30 p.m.<br>Ctrm: 3 |

　　　Plaintiff Anthony Heymann ("Heymann") and Defendants Hartford Life and Accident Insurance Company ("Hartford") and Safeway Group Health Plan 501 ("Plan") hereby submit the following FRCP 26(f) Report following a meet and

confer session among counsel. In conferring, the parties considered the nature and basis of their respective claims and defenses, as well as the possibility for promptly settling or resolving the case, discussed issues regarding discovery, and hereby submit the following report:

**INITIAL DISCLOSURES**

The parties anticipate making their initial disclosures on or before August 21, 2008.

**DISCOVERY**

The parties do not propose any changes in the timing, form, or requirement for disclosures under Rule 26(a). Limited discovery is contemplated by Plaintiff to evaluate the existence and/or extent of conflict of interest, if any, to affect the standard of review in this ERISA case. The parties propose December 31, 2008 as a discovery cut-off date.

There are no issues regarding disclosure or discovery of electronically-stored information, nor do the parties anticipate raising any issues of privilege. No changes need be made in the limitations on discovery imposed by either the Federal or Local Rules.

Respectfully submitted,

DATED: August 21, 2008

SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
FRANK N. DARRAS
LISSA A. MARTINEZ

By: */s/ Frank N. Darras*
FRANK N. DARRAS
Attorneys for Plaintiff Anthony Heymann

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-8928-4610 v1

- 2 -

CASE NO. C 08-2540 PJH
JOINT RULE 26(f) REPORT

| | |
|---|---|
| DATED: August 20, 2008 | BURKE, WILLIAMS & SORENSEN, LLP<br>DANIEL W. MAGUIRE<br><br>By: /s/ Daniel W. Maguire<br>　　DANIEL W. MAGUIRE<br>　　Attorneys for Defendants<br>　　Hartford Life and Accident Insurance<br>　　Company and Safeway Group Health Plan<br>　　501 |