UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** August 28, 2008                              **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-2540 PJH

**Case Name:** Anthony Heymann v. Hartford Life and Accident Insurance Co., et al.

**Attorney(s) for Plaintiff:**     Susan B. Grabarsky
**Attorney(s) for Defendant:**    Daniel W. Maguire

**Deputy Clerk**: Nichole Heuerman          **Court Reporter**: Not Reported

PROCEEDINGS

    Initial Case Management Conference-Held.  The deadline to complete discovery is 12/31/08.  The hearing on cross motions for summary judgment set for 3/11/09 at 9:00 a.m. The parties are handed copies of the courts pretrial instructions.


**REFERRALS:**

**[x] Case referred to ADR for Private Mediation to be completed by 12/31/08** .

**Order to be prepared by:**    [] Pl [] Def  []  Court

**Notes:**

**cc:** file; ADR