UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY HEYMANN,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; SAFEWAY GROUP HEALTH PLAN 501,<br><br>Defendants. | CASE NO.  C 08-2540 PJH<br><br>(**PROPOSED**) **ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against Defendants.  Each party is to bear their own costs and attorney's fees.

DATED: 1/26/09  _____

IT IS SO ORDERED
Judge Phyllis J. Hamilton

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4825-5469-1587 v1

- 1 -

CASE NO. C 08-2540 PJH
(PROPOSED) ORDER TO DISMISS ACTION WITH PREJUDICE